| | |
|---|---|
| 1 | * * * * * * |
| 2 | [On the record at 11:00:27 a.m.] |
| 3 | MR. REYNOLDS:   Recalling Case #06-40614, Cindy |
| 4 | Darlene Waring. |
| 5 | MR. MATHESON:   Good morning, Your Honor.  (unclear |
| 6 | mumbling away from microphone) stipulation (unclear, |
| 7 | something banging on microphone). |
| 8 | THE COURT:   All right, the stipulation as amended |
| 9 | is approved.  Thank you very much. |
| 10 | MR. MATHESON:   Thank you, Your Honor. |
| 11 | THE COURT:   Thank you.  Good luck. |
| 12 | (End at 11:00:53 a.m.) |
| 13 | * * * * * * * * * * * |
| 14 | I certify that the foregoing is a true and accurate |
| 15 | transcript from the electronically sound recorded record of |
| 16 | the proceedings. |

*[Signature]* Gloria C. Irwin     8/1/07
_____
**GLORIA C. IRWIN**                             **Date**
**Certified Transcriber NJ AOC200**
      **Federal CERT #122**
**GCI TRANSCRIPTION SERVICES**
**210 Bayberry Avenue**
**Egg Harbor Township, NJ 08234-5901**
**609-927-0299  1-800-471-0299**
     **FAX 609-927-9768**
**e-mail irwingloria@comcast.net**

#06-40614                                         7-25-07